IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>BLAKE D. COLSON,<br><br>    Defendant. | 8:21-CR-41<br><br>PRELIMINARY ORDER OF FORFEITURE |

    This matter is before the Court upon the United States of America's Motion for Preliminary Order of Forfeiture. Filing 30. The Court reviewed the record in this case and, being duly advised in the premises, finds as follows:

1. On June 29, 2021, defendant Colson entered into a Plea Agreement, Filing 26, whereby he agreed to waive indictment by a grand jury, enter a plea of guilty to Count I of an Information, and admit to the Forfeiture Allegation as stated in the Information. Filing 19.

2. The Forfeiture Allegation of the Information seeks the forfeiture of the following property, pursuant to 18 U.S.C. § 981(a)(1)(c), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p):

  a. ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20277613;

  b. ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20277601;

  c. ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20277033;

  d. TAURUS, TYPE: REVOLVER, MODEL: 856, CAL: 38, SN: ABK962907;

  e. REVOLVER, MODEL: WRANGLER, CAL: 22, SN: 20326260;

  f. GLOCK GMBH, TYPE: PISTOL, MODEL: 19XGEN5, CAL: 9, SN: BKVN767;

  g. GLOCK GMBH, TYPE: PISTOL, MODEL: 43X, CAL: 9, SN: BRTA647;

  h. SIG SAUER (SIG-ARMS), TYPE: PISTOL, MODEL: P320, CAL: 9, SN:

      58H248767;

i. TWO (2) SIG SAUER, 15 RD CAPACITY, P320C MAGAZINES, 9MM;

j. SMITH & WESSON, TYPE: PISTOL, MODEL: M&P 9 SHIELD EZ, CAL: 9, SN: NJB0020;

k. CBC (COMPANHIA BRAZILIERA DE CARTUCHOS), TYPE: RIFLE, MODEL: ROSSI RB22, CAL: 22, SN: 7CL003586N;

l. ISTANBUL ARMS-ISTANBUL SILAH, TYPE: RIFLE, MODEL: WINCHESTER WILDCAT, CAL: 22, SN: TF61420M20911;

m. ALLEN, 46IN DURANGO RIFLE BAG, GRY;

n. BLACKHAWK, PICATINNY RAIL BIPOD ADPT;

o. WARNE, 1IN PA LOW MATTE SCOPE RINGS;

p. BATTENFELD TECH, CALDWELL XLA BIPOD, 6-9IN;

q. VORTEX, CROSSFIRE II RIFLESCOPE, 2-7x32, PLEX RIMFIRE;

r. MAVERICK ARMS (EAGLE PASS, TX), TYPE: SHOTGUN, MODEL: 88, CAL: 12, SN: MV0562920;

s. RUGER, TYPE: RIFLE, MODEL: AMERICAN, CAL: 65, SN: 690565903;

t. DANIEL DEFENSE INC., TYPE: RIFLE, MODEL: DDM4V7, CAL: 556, SN: DDM4287709;

u. SENTRY STRAP, SLING STRAP, BLK;

v. WARNE, XSKEL30TW SCOPE MOUNT, 30MM;

w. VORTEX, STRIKE EAGLE RIFLESCOPE, 1-8x24;

x. SIGHTMARK, MINI SHOT M-SPEC REFLEX SIGHT;

y. MAGPUL, MLOK BIPOD, BLK;

z. MAGPUL, GEN2 DUAL QD SLING, BLK;

aa. SPRINGFIELD ARMORY,GENESEO,IL, TYPE: RIFLE, MODEL: SAINT, CAL: MULTI, SN: ST 272586;

bb. MAGPUL, M-LOK MOE MVG (VERTICAL FOREGRIP), BLK;

cc. MAGPUL, MOE SL AR15 HANDGUARD, BLK;

dd. MAGPUL, MLOK RAIL/LIGHT MOUNT, BLK;

ee. SIG SAUER (SIG-ARMS), TYPE: PISTOL, MODEL: P320, CAL: 9, SN: 58J130790;

ff. STREAMLIGHT, TLR-1 HL PITSOL LIGHT;

gg. ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20277603;

hh. BRAVO COMPANY MFG (BCM), MLOK ANGLED FOREGRIP, FDE;

ii. FIREARM PARTS AND ACCESSORIES, ONE (1) VERTX BRAND BACKPACK, HEATHER BLACK/MUSTARD GRASS COLOR CONTAINING THREE (3) VERTX BRAND VELCRO HOLSTER AND ONE (1) STICKY BRAND HOLSTER ACCESSORIES;

jj. AMMUNITION, QTY: 40, MNF: SIG SAUER (SIG), CAL: 9;

kk. AMMUNITION - ASSORTED, QTY: 1065, MNF: ASSORTED, CAL: MULTI;

ll. ONE (1) BLACK TONED, CAMELEON BRAND BAG WITH VARIOUS FIREARMS PARTS AND ACCESSORIES. TWO (2) FRONTIER JUSTICE SHOPPING BAGS WITH VARIOUS FIREARMS PARTS AND ACCESSORIES;

mm. STREAMLIGHT, TLR-1 HL LONG GUN KIT;

nn. SENTRY STRAP, SLING STRAP, COYOTE BROWN;

oo. N8 TACTICAL, OT2, IWB HOLSTER;

pp. BCM, MLOK RAIL PANEL KIT (5PK), FDE;

qq. MAGPUL, M-LOK QD SLING MOUNT;

rr. GEISSELE, MARITIME BOLT CATCH, BLK;

ss. TWO (2) MAGPUL, ASAP-QD AMBI SLING ATTCHMT;

tt. RADIAN WEAPONS, TALON SAFETY SELECTOR LEVER, BLK;

uu. THREE (3) CMMG, AR15 GUNBUILDERS KITS;

vv. CMMG, EJECTION PORT COVER KIT;

ww. TWO (2) ADVANCED TECHNOLOGY, AR15 CASTLE NUT, BLK;

xx. CMMG, GAS TUBE KIT FOR CARBINE;

yy. TWO (2) CMMG, AR15 MILSPEC TRIGGER KIT;

zz. TWO (2) CMMG, AR UPPER PARTS KIT, PINS/SPRINGS;

aaa. TWO (2) CMMG, AR LOWER PARTS KIT, PINS/SPRINGS;

bbb. TWO (2) CMMG, ENHANCHED FIELD REPAIR KITS;

ccc. CMMG, BOLT REHAB KIT;

ddd. STREAMLIGHT, PROTAC RAIL MOUNT 2;

eee. MAGPUL, PARACLIP ADAPTER, BLK;

fff. MAGPUL, MS4 DUAL QD SLING (GEN2), BLK;

    ggg.  WALKERS, BLUETOOTH NECKBAND EARBUDS, 30DB GAME EAR;

    hhh.  FIVE (5) MAGPUL, PMAG MOE 30 RD MAGAZINES, 5.56;

    iii.  VORTEX, CROSSFIRE II SCOPE, 6-24x50;

    jjj.  BURRIS, XTR 30MM SCOPE RINGS;

    kkk.  SUREFIRE, PROCOMP MUZZLE BRAKE FOR 7.62 RIFLE, 5/8-24 THREAD;

    lll.  CRUCIAL CONCEALMENT, OWB COVERT GLOCK HOLSTER, BLK;

    mmm.  TRIJICON, ACOG RIFLESCOPE, 4X32;

    nnn.  BCM, KMOD VERTICAL FOREGRIP (MOD3), BLK;

    ooo.  RADIAN WEAPONS, TALON SAFETY SELECTOR LEVER, BLK;

    ppp.  RW ARMS (RWB), 100 RD AR-15 DRUM MAGAZINE, 5.56/.223;

    qqq.  SIG SAUER, ROMEO 4T 1X20MM RED DOT SIGHT;

    rrr.  HOLOSUN TECH, REFLEX 507C V2 RED DOT SIGHT;

    sss.  ONE (1) CLEAR TOTE WITH VARIOUS FIREARMS PARTS AND ACCESSORIES, THREE (3) BLACK TONED SPRINGFIELD ARMORY BRAND BAGS, AND ONE (1) BULLDOG BRAND BAG WITH VARIOUS FIREARMS PARTS AND ACCESSORIES.

3. Defendant further waived any claim to the items listed in the Forfeiture Allegation, for the reason he is not the owner and accordingly has no right or interest in any of the listed items.

4. By virtue of said plea of guilty and waiver, Defendant forfeits his interest in the aforementioned items, and the United States should be entitled to possession of said items, pursuant to 18 U.S.C. § 982, on the basis that Defendant has waived any right or interest in the items and further on the basis that the items constitute, or derive from, proceeds obtained, directly or indirectly, as a result of the offense alleged in Count I of the Information.

5. The United States's Motion for Preliminary Order of Forfeiture should be granted.

    IT IS THEREFORE ORDERED:

    1. The United States' Motion for Preliminary Order of Forfeiture, Filing 30, is granted;

2. Based upon the Forfeiture Allegation of the Information and Defendant's waiver and plea of guilty, the United States is authorized to seize the above-listed items;

3. Defendant's interest in the aforementioned items is forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p);

4. The aforementioned items are to be held by the United States in its secure custody and control;

5. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), the United States shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Order, Notice of Publication evidencing the United States's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than Defendant, having or claiming a legal interest in any of the subject properties must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier;

6. Said published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought;

7. The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the properties to this Order as a substitute for published notice as to those persons so notified; and

5

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), in which all interests will be addressed.

Dated this 19th day of July, 2021

BY THE COURT:

_____
Brian C. Buescher
United States District Judge