IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BLAKE D. COLSON,

Defendant.

**8:21-CR-41**

**ORDER**

This matter is before the Court upon the United States's Motion to Vacate Preliminary Order of Forfeiture and Dismiss Forfeiture Allegation (Filing 43). The Court reviews the record in this case and, being duly advised in the premises, finds the United States's motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States's motion, Filing 43, is granted;

2. The Preliminary Order of Forfeiture, Filing 32, is vacated; and

3. The Forfeiture Allegation of the Information, Filing 19, is dismissed

Dated this 18th day of November, 2021.

BY THE COURT:

Brian C. Buescher
United States District Judge